ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN -7 PM 3: 49

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANGEL GONZALEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 314-036 |
| | ) | |
| STACEY STONE, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the United States of America from this case, **DENIES** Petitioner's motion for summary judgment, **DISMISSES** the petition without prejudice based on Petitioner's failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this 7th day of January, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE